LAURA CRAVEN v. THE STATE.

No. 514.    Decided March 9, 1910.

**Perjury—Bill of Exceptions—Withdrawal of Charge—Practice on Appeal.**

Upon appeal from a conviction of perjury, in the absence of a statement of facts, a bill of exceptions which related to the withdrawal by the court of a special charge given, can not be considered.

Appeal from the District Court of Jones. Tried below before the Hon. Cullen C. Higgins.

Appeal from a conviction of perjury; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*John A. Mobley,* Assistant Attorney-General, for the State.

RAMSEY, JUDGE.—This appeal is prosecuted from a conviction had in the District Court of Jones County on the 30th day of July, 1909, finding appellant guilty of the crime of perjury, and assessing her punishment at confinement in the penitentiary for two years,

There is no statement of facts in the record as it comes to us. There is one bill of exception which relates to the withdrawal by the court of a special charge which had theretofore been given. Whether or not this charge was applicable to the case and proper to be given, we can not, in the absence of statement of facts, determine, nor can we determine whether the withdrawal of same was of a nature calculated to prejudice appellant's rights.

In the state of the record as the case reaches us, there is no question which we are authorized to review, and it is, therefore, ordered that the judgment of conviction be and the same is hereby in all things affirmed.

*Affirmed.*